IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IAN LUCAS                                                                                       PLAINTIFF

v.                      CASE NO. 4:18-CV-00053 BSM

TIM RYALS, Sheriff,
Faulkner County Detention Center, et al.                       DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 5] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration and review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Ian Lucas's complaint is dismissed without prejudice, and this dismissal counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). Further, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. 1915(a)(3).

IT IS SO ORDERED this 9th day of May 2018.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE